Laurence D. King (SBN 206423)
lking@kaplanfox.com
Linda M. Fong (SBN 124232)
lfong@kaplanfox.com
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707

Joel B. Strauss
jstrauss@kaplfox.com
Jeffrey P. Campisi
jcampisi@kaplanfox.com
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714

Jeffrey A. Klafter
jak@klafterolsen.com
KLAFTER & OLSEN LLP
1311 Mamaroneck Avenue, Suite 220
White Plains, NY 10605
Telephone: 914-997-5656
Facsimile: 914-997-2444

Kurt B. Olsen
ko@klafterolsen.com
KLAFTER & OLSEN LLP
1250 Connecticut Ave., N.W., Suite 200
Washington, DC 20036
Telephone: 202-261-3553
Facsimile: 202-261-3533

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT HILL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN,<br><br>Defendants. | Case No.: CV 07 6238<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: December 10, 2007

KAPLAN FOX & KILSHEIMER LLP

By: _____
Laurence D. King (SBN 206423)
lking@kaplanfox.com
Linda M. Fong (SBN 124232)
lfong@kaplanfox.com
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707

Joel B. Strauss
jstrauss@kaplfox.com
Jeffrey P. Campisi
jcampisi@kaplanfox.com
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714

Jeffrey A. Klafter
jak@klafterolsen.com
KLAFTER & OLSEN LLP
1311 Mamaroneck Avenue, Suite 220
White Plains, NY 10605
Telephone: 914-997-5656
Facsimile: 914-997-2444

Kurt B. Olsen
ko@klafterolsen.com
KLAFTER & OLSEN LLP
1250 Connecticut Ave., N.W., Suite 200
Washington, DC 20036
Telephone: 202-261-3553
Facsimile: 202-261-3533

Brian M. Felgoise
LAW OFFICE OF BRIAN M. FELGOISE, P.C.
261 Old York Road, Suite 423
Jenkintown, PA 19046
Telephone: (215) 886-1900

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS