# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

KURT HILL, on behalf of himself and all others similarly situated,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, and BARRY ZWARENSTEIN

  

CV 07 6238

MHP

TO: (Name and address of defendant)

VERIFONE HOLDINGS, INC.
2099 Gateway Place, Suite 600
San Jose, CA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KAPLAN FOX & KILSHEIMER LLP
Laurence D. King (SBN 206423)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 772-4700

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE DEC 1 0 2007

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐   Served Personally upon the Defendant. Place where served:

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐   Returned unexecuted:

☐   Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____          _____
                     Date                                                  Signature of Server

                                                                          _____
                                                                          Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| LINDA M. FONG, ESQ. (124232)<br>KAPLAN FOX & KILSHEIMER LLP<br>350 Sansome Street, Suite 400<br>San Francisco, California  94104 | (415) 772-4700 | |
| Attorneys for:  PETER LIEN | Ref. No. Or File No.<br>W2488561 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
KURT HILL

Defendant:
VERIFONE HOLDINGS, INC.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV 07-6238 MHP |
|---|---|---|---|---|

I, Mike Weeker                , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; ADR PACKAGE; ECF REGISTRATION; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant         : VERIFONE HOLDINGS, INC.

By Serving        : LUCY LEE, Legal Department/Authorized to Accept Service of Process

Address           : 2099 Gateway Place, Suite 600 , San Jose, California  95110
Date & Time       : Tuesday, December 11, 2007 @ 12:35 p.m.
Witness fees were : Not applicable.

Person serving:
Mike Weeker
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 7, 2008                    Signature:_____
                                                         Mike Weeker


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| LINDA M. FONG, ESQ. (124232)<br>KAPLAN FOX & KILSHEIMER LLP<br>350 Sansome Street, Suite 400<br>San Francisco, California 94104 | (415) 772-4700 | |
| Attorneys for: PETER LIEN | Ref. No. Or File No.<br>W2488561 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
KURT HILL

Defendant:
VERIFONE HOLDINGS, INC.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV 07-6238 MHP |
|---|---|---|---|---|

I, Mike Weeker, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; ADR PACKAGE; ECF REGISTRATION; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant        : DOUGLAS G. BERGERON

By Serving       : LINDA MORGENROTH, Receptionist

Address          : 2099 Gateway Place, Suite 600 , San Jose, California  95110
Date & Time      : Thursday, December 13, 2007 @ 1:00 p.m.
Witness fees were : Not applicable.

Person serving:
Mike Weeker
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 617
   (3) County: Santa Clara
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 13, 2007            Signature: _____
                                              Mike Weeker


Printed on recycled paper

LINDA M. FONG, ESQ. (124232)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, California 94104
Telephone: (415) 772-4700
Attorneys for: PETER LIEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff(s)   : KURT HILL
Defendant(s) : VERIFONE HOLDINGS, INC.

Hearing Date:
Time:            Dept.

Invoice No. W2488561          DECLARATION RE DILIGENCE          Case No. CV 07-6238 MHP

I Mike Weeker , and any employees or independent contractors retained by WHEELS OF JUSTICE, INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on

### DOUGLAS G. BERGERON

(3) Alternate Address : ,
(2) Business Address  : 2099 Gateway Place, Suite 600, San Jose, California 95110
(1) Residence Address :Unknown,

| Date and time of attempt(s): | | Reason for non-service: | Loc |
|---|---|---|---|
| | | Business Hours 9:00 a.m. to 5:00 p.m. | |
| 12/11/07 | 12:35 p.m. | Served LUCY LEE, Legal Department on behalf of Verifone Holdins, Inc. | B |
| 12/11/07 | 12:35 p.m. | Subjects not in. They are in a meeting, offsite. | B |
| 12/12/07 | 10:25 a.m. | Subject not in. | B |
| 12/13/07 | 1:00 p.m. | Subserved LINDA MORGENROTH, Receptionist for Bergeron and Zwarenstein. | B |

This Declaration is based upon business records maintained in the normal course of business
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on December 13, 2007          Signature:_____
                                                              Mike Weeker

**WHEELS OF JUSTICE, INC.**, 657 Mission Street, Suite 502 San Francisco, CA 94105  (415) 546-6000
Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| LINDA M. FONG, ESQ. (124232)<br>KAPLAN FOX & KILSHEIMER LLP<br>350 Sansome Street, Suite 400<br>San Francisco, California 94104 | (415) 772-4700 | |
| Attorneys for: PETER LIEN | Ref. No. Or File No.<br>W2488561 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
KURT HILL

Defendant:
VERIFONE HOLDINGS, INC.

| **POS BY MAIL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 07-6238 MHP |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and not a party to this action.
On December 13, 2007, I served the within :

SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; ADR PACKAGE; ECF REGISTRATION; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class, in the United States mail at San Francisco, California, addressed as follows:

DOUGLAS G. BERGERON
VERIFONE HOLDINGS, INC

2099 Gateway Place, Suite 600
San Jose, California 95110

Person serving:
Scott Simons
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.:
  (3) County:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 13, 2007    Signature: _____
                                Scott Simons



Judicial Council form, rule 982(a) (23)

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| LINDA M. FONG, ESQ. (124232)<br>KAPLAN FOX & KILSHEIMER LLP<br>350 Sansome Street, Suite 400<br>San Francisco, California 94104 | (415) 772-4700 | |
| Attorneys for: PETER LIEN | Ref. No. Or File No.<br>W2488561 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |

Plaintiff:
KURT HILL

Defendant:
VERIFONE HOLDINGS, INC.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV 07-6238 MHP |
|---|---|---|---|---|

I, Mike Weeker, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; ADR PACKAGE; ECF REGISTRATION; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant          : BARRY ZWARENSTEIN

By Serving         : LINDA MORGENROTH, Receptionist

Address            : 2099 Gateway Place, Suite 600 , San Jose, California 95110
Date & Time        : Thursday, December 13, 2007 @ 1:00 p.m.
Witness fees were  : Not applicable.

Person serving:
Mike Weeker
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 617
   (3) County: Santa Clara
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 13, 2007

Signature: _____
Mike Weeker


Printed on recycled paper

LINDA M. FONG, ESQ. (124232)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, California 94104
Telephone: (415) 772-4700
Attorneys for: PETER LIEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff(s)   : KURT HILL
Defendant(s) : VERIFONE HOLDINGS, INC.

Hearing Date:
Time:           Dept.

Invoice No. W2488561    DECLARATION RE DILIGENCE    Case No. CV 07-6238 MHP

I Mike Weeker, and any employees or independent contractors retained by WHEELS OF JUSTICE, INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on

### BARRY ZWARENSTEIN

(3) Alternate Address : ,
(2) Business Address  : 2099 Gateway Place, Suite 600, San Jose, California 95110
(1) Residence Address :Unknown,

| Date and time of attempt(s): | | Reason for non-service: | Loc |
|---|---|---|---|
| | | Business Hours 9:00 a.m. to 5:00 p.m. | |
| 12/11/07 | 12:35 p.m. | Served LUCY LEE, Legal Department on behalf of Verifone Holdins, Inc. | B |
| 12/11/07 | 12:35 p.m. | Subjects not in. They are in a meeting, offsite. | B |
| 12/12/07 | 10:25 a.m. | Subject not in. | B |
| 12/13/07 | 1:00 p.m. | Subserved LINDA MORGENROTH, Receptionist for Bergeron and Zwarenstein. | B |

This Declaration is based upon business records maintained in the normal course of business
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on December 13, 2007        Signature:_____
                                                              Mike Weeker

**WHEELS OF JUSTICE, INC.**, 657 Mission Street, Suite 502 San Francisco, CA 94105 (415) 546-6000
Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| LINDA M. FONG, ESQ. (124232)<br>KAPLAN FOX & KILSHEIMER LLP<br>350 Sansome Street, Suite 400<br>San Francisco, California 94104 | (415) 772-4700 | |
| Attorneys for: PETER LIEN | Ref. No. Or File No.<br>W2488561 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>KURT HILL | | |
| Defendant:<br>VERIFONE HOLDINGS, INC. | | |
| **POS BY MAIL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 07-6238 MHP |

At the time of service I was at least 18 years of age and not a party to this action.
On December 13, 2007, I served the within :

SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; ADR PACKAGE; ECF REGISTRATION; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class, in the United States mail at San Francisco, California, addressed as follows:

BARRY ZWARENSTEIN
VERIFONE HOLDINGS, INC

2099 Gateway Place, Suite 600
San Jose, California 95110

Person serving:
Scott Simons
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 13, 2007                        Signature: _____
                                                          Scott Simons



Judicial Council form, rule 982(a) (23)